KATHRYN A. REYNELL, Respondent, *v.* INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.

(Argued November 25, 1931; decided January 5, 1932.)

*Arthur T. Pammenter* for appellant.

*Samuel B. Dicker* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed, and complaint dismissed, with costs in all courts, on the authority of *Silverstein* v. *Metropolitan Life Insurance Company* (254 N. Y. 81).

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.